THE HONORABLE FRANKLIN D. BURGESS

08-CV-05453-STIP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL PLASCENCIA and ALEJANDRO ASTIAZARAN,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES McDANIEL, JANE DOE McDANIEL; and their marital community; DAVID CALLAHAM, JANE DOE CALLAHAM, and their marital community; and ROSE MANOR, INC.,<br><br>Defendants. | No.: C08-5453 FDB<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANTS McDANIEL<br><br>Noted: March 12, 2009<br><br>[Clerk's action required] |

## I. STIPULATION

It is hereby stipulated by and between the parties that all claims by plaintiffs against defendants James McDaniel and Jane Doe McDaniel be dismissed without prejudice and without costs.

1  Dated this 12th day of March, 2009.

2  BULLIVANT HOUSER BAILEY PC        TARLOW NAITO & SUMMERS

4  By: /s *Connie Sue Martin*          By: /s Steven L. Naito
       Troy D. Greenfield, WSBA # 21578      Steven L. Naito, WSBA #34539
5      Connie Sue Martin, WSBA #26525

6  Attorneys for Plaintiffs             Attorneys for Defendants McDaniel

7
   HEURLIN POTTER & LEATHAM PS
8

9  By: _____
       Stephen G. Leatham, WSBA #15572
10

11 Attorneys for Defendants Callaham
   and Rose Manor, Inc.

## II. ORDER

Based upon the foregoing stipulation, all claims by plaintiffs against defendants James McDaniel and Jane Doe McDaniel are hereby dismissed with without prejudice and without costs.

DATED this **17** day of March, 2009.

_for_ HONORABLE FRANKLIN D. BURGESS

Dated this ____ day of February, 2009.

| BULLIVANT HOUSER BAILEY PC | TARLOW NAITO & SUMMERS |
|---|---|
| By: _____<br>Troy D. Greenfield, WSBA # 21578<br>Connie Sue Martin, WSBA #26525 | By: /s Steven L. Naito<br>Steven L. Naito, WSBA #34539 |
| Attorneys for Plaintiffs | Attorneys for Defendants McDaniel |

HEURLIN POTTER & LEATHAM PS

By: _____
Stephen G. Leatham, WSBA #15572

Attorneys for Defendants Callaham
and Rose Manor, Inc.

## II. ORDER

Based upon the foregoing stipulation, all claims by plaintiffs against defendants James McDaniel and Jane Doe McDaniel are hereby dismissed with without prejudice and without costs.

DATED this _____ day of March, 2009.

_____
HONORABLE FRANKLIN D. BURGESS

11276126.1

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of March, 2009, I caused to be served Stipulation For and Order of Dismissal of Defendants McDaniel to:

| | |
|---|---|
| Steven L. Naito<br>Tarlow Naito & Summers, LLP<br>6650 SW Redwood Ln., Ste. 215<br>Portland OR 97224<br><br>Attorneys for Defendants James McDaniel and Jane Doe McDaniel | ☐ via hand delivery.<br>☐ via first class mail.<br>☒ via ECF filing. |
| Stephen G. Leatham<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>PO Box 611<br>Vancouver WA 98666-0611<br><br>Attorneys for Defendants David Callaham and Rose Manor, Inc. | ☐ via hand delivery.<br>☐ via first class mail.<br>☒ via ECF filing. |

I declare under penalty of perjury this 12th day of March, 2009, at Seattle, Washington.

_____
Tracy Horan

11276126.1