UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL PLASCENCIA and ALEJANDRO ASTIAZARAN,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES McDANIEL, JANE DOE McDANIEL; and their marital community; DAVID CALLAHAM, JANE DOE CALLAHAM, and their marital community; and ROSE MANOR, INC.,<br><br>Defendants. | No.: C08-5453 RJB<br><br>STIPULATION AND AGREED ORDER STRIKING AFFIRMATIVE DEFENSE OF FRAUD FOR FAILURE TO PLEAD WITH PARTICULARITY |

## **STIPULATION**

Defendants Callaham and Rose Manor, Inc. (hereinafter, collectively, "Defendants") filed an Amended Answer, Counterclaims and Affirmative Defenses on May 14, 2010 that asserted 15 affirmative defenses. Plaintiffs have filed a motion, now pending, to strike Defendants' 12th affirmative defense, which alleged fraud in the inducement, on the ground that Defendants failed to plead that defense with the particularity required by FRCP 8(b) and FRCP 9(b).

With this stipulation, the parties have agreed that the Court may enter an order

STIPULATION AND AGREED ORDER STRIKING AFFIRMATIVE DEFENSE OF FRAUD FOR FAILURE TO PLEAD WITH PARTICULARITY

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1  striking Defendants' 12th affirmative defense, without further delay and without considering
2  Plaintiffs' pending motion.

3  DATED: May 20, 2010.

4  BULLIVANT HOUSER BAILEY PC

6  By /s/ Connie Sue Martin
   Troy D. Greenfield, WSBA #21578
7  E-Mail: troy.greenfield@bullivant.com
   Connie Sue Martin, WSBA #26525
8  E-Mail: conniesue.martin@bullivant.com

9  Attorneys for Plaintiffs Gabriel Plascencia and Alejandro Astiazaran

11  HEURLIN, POTTER, JAHN, LEATHAM & HOLTMANN, P.S.

14  By /s/ Connie Sue Martin *with authorization for*
    Stephen G. Leatham, WSBA #15572
    E-Mail: sgl@hpl-law.com

16  Attorneys for Defendants David Callaham and Rose Manor, Inc.

### ORDER

It is hereby ORDERED. Defendants' 12th affirmative defense alleging fraud in the inducement shall be stricken from Defendants' Amended Answer, Affirmative Defenses, and Counterclaims.

DATED this 21 day of May, 2010.

_____
ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

12552731.1